

# Summons

## Collection Information Statement

**In the matter of** DILLARD L RHYNE, 2944 SOUTH DRIVE, MADILL, OK 73446-8338
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* SB/SE AREA 5 (25)
**Periods:** See Attachment 1 to Summons Form 6637 for Period Information

### The Commissioner of Internal Revenue

**To:** DILLARD L RHYNE
**At:** 2944 SOUTH DRIVE, MADILL, OK 73446-8338

You are hereby summoned and required to appear before SHARON M. HILTERBRAND, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2013 To Date of Compliance with the Summons

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

**1 Business address and telephone number of IRS officer before whom you are to appear:**

55 N ROBINSON AVENUE, MAIL STOP 5113-1634 OKC, OKLAHOMA CITY OK 73102 (405) 297-4206

**Place and time for appearance:** At 55 N ROBINSON AVENUE, ROOM 117, OKLAHOMA CITY, OK 73102

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the 22nd day of January, 2014 at 1:00 o'clock p m.

Issued under authority of the Internal Revenue Code this 21st day of November, 2013

*Sharon Hilterbrand*
SHARON M. HILTERBRAND            REVENUE OFFICER
Signature of issuing officer                Title

_____    _____
Signature of approving officer *(if applicable)*          Title

**EXHIBIT 2**               Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 11-21-13 | 1:45 pm |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☑ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any).

Left with mom- Adene Rhyne at 2944 South Drive- Madill, OK

Adene Rhyne

| Signature | Title |
|---|---|
| Sharon Hilterbrand | Revenue Officer |

I certify that the copy of the summons served contained the required certification.

| Signature | Title |
|---|---|
| Sharon Hilterbrand | Revenue Officer |

Catalog No. 25000Q                                     Form **6637** (Rev. 10-2010)

**Attachment 1 to Summons Form 6637**

In the matter of  **DILLARD L RHYNE, 2944 SOUTH DRIVE, MADILL, OK 73446**

Period information:  Form 1040 for the calendar periods ending December 31, 1998, December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2006 and December 31, 2007